**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| INVISIBLE REPAIR PRODUCTS, INC., | ) | CASE NO.  5:17-cv-2308 |
| | ) | |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| STAR BRANDS DIRECT LIMITED, et al., | ) | |
| | ) | |
| | ) | |
| DEFENDANTS. | ) | |

Upon representation of plaintiff's counsel to the Court that this case has settled, this case hereby is dismissed. Any and all releases, agreements, or judgment entries necessary to comply with this settlement shall be executed by the interested parties.

A final agreed entry, approved by counsel for all parties, shall be filed with the Court on or before October 31, 2018. Because counsel for defendant has yet to file a notice of appearance, counsel for the plaintiff is directed to serve a copy of this order upon the defendants and to file a certification of such service.

This case hereby is closed.

**IT IS SO ORDERED**.

Dated: September 28, 2018

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**