IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| INVISIBLE REPAIR PRODUCTS, INC., | )<br>) CASE NO.: 5:17-CV-2308-SL |
| PLAINTIFF | )<br>) JUDGE SARA LIOI |
| v. | )<br>) |
| STAR BRANDS DIRECT LIMITED., *et al.*, | )<br>)<br>)<br>) |
| DEFENDANTS | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now come plaintiff, INVISIBLE REPAIR PRODUCTS, INC., and defendant, STAR BRANDS DIRECT LIMITED, f/k/a GLIPTONE LEATHERCARE LIMITED, (hereinafter "The Parties"), the same being all of the parties who have appeared. Pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure, The Parties stipulate as follows:

1. The Parties have entered into a Settlement Agreement;
2. The Parties agree that the Court shall retain jurisdiction over the terms of their Settlement Agreement, and defendant STAR BRANDS DIRECT LIMITED makes its appearance herein and hereby for such limited purpose, but solely for such limited purpose;
3. The Parties agree that each Party shall bear its/his own costs; and
4. The Parties agree that the Court shall dismiss this action with prejudice.

Respectfully submitted,

s:/Dai Davis
Dai Davis
Percy Crow Davis & Co Ltd.
5 The Terrace
Boston Spa
West Yorkshire
LS23 6AH

Telephone: 07785 771 721

daidavis@mistral.co.uk

*Attorneys for Defendant,
Star Brands Limited, f/k/a
Gliptone Leathercare Limited*

s:/Ray L. Weber
Ray L. Weber          (0006497)
Laura J. Gentilcore   (0034702)
Renner, Kenner, Greive, Bobak, Taylor & Weber
106 South Main Street, Suite 400
Akron, OH 44308-1412

Telephone: (330) 376-1242
Fax: (330) 376-9646
rlweber@rennerkenner.com
ljgentilcore@rennerkenner.com

*Attorneys for Plaintiff,
Invisible Repair Products, Inc.*

Dated: February 26, 2019

IT IS SO ORDERED:

_____
**JUDGE SARA LIOI**
**U.S. DISTRICT JUDGE**